UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-04010-AB (FFMx) | Date: | August 3, 2015 |

Title: J.P. Morgan Securities, LLC v. Joseph Baumann

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carrie A Gonell | Stan Karas |
| John D Hayashi | |

**Proceedings:**   MOTION TO DISMISS CASE [14]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

For the reasons stated on the record, the Court continues the Scheduling Conference from August 17, 2015 to Monday, August 24, 2015 at 10:00 am.

00 : 20

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk CB